# EXHIBIT A



**What You Can Do.**
While no passwords were accessed as part of this incident, cybersecurity experts recommend changing passwords every 90 days. Consider placing a Fraud Alert and/or Security Freeze on your credit files, and applying multi-factor authentication on your financial accounts. Additionally, you should always remain vigilant in reviewing your financial account statements and credit reports for fraudulent or irregular activity on a regular basis.

**For More Information.**
If you have any further questions regarding this incident, please visit https://www.aven.com/datasupport to schedule a toll-free call on our dedicated and confidential response line through the link provided. This response line is staffed with professionals familiar with this incident, and knowledgeable on what you can do to protect your information. The response line appointments are Monday through Friday, from 9 a.m. to 3 p.m. Pacific.

Sincerely,

Aven Financial, Inc.



