**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IAN LASKY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>AVEN FINANCIAL, INC.,<br><br>*Defendant*. | Case No. 3:23-cv-03982-RFL<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, Ian Lasky, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Ian Lasky, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

DATED:   December 15, 2023

Respectfully submitted,

By: *Scott Edelsberg*
Scott Edelsberg (CA Bar No. 330990)
**EDELSBERG LAW, P.A.**

1
**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Attorney for Plaintiff and the Putative Class*

2
**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

*Scott Edelsberg*
Scott Edelsberg

---

3
**NOTICE OF DISMISSAL WITHOUT PREJUDICE**